**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-39913-PSH |
| | § | |
| STEPHEN SLEIGH | § | |
| KATHLEEN SLEIGH | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 06/26/2012, in Courtroom 644, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  05/31/2012            By:  /s/ David P. Leibowitz
                                         (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-39913-PSH |
| | § | |
| STEPHEN SLEIGH | § | |
| KATHLEEN SLEIGH | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $22,000.00
*and approved disbursements of* $97.15
*leaving a balance on hand of[1]:* $21,902.85

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $21,902.85

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $2,950.00 | $0.00 | $2,950.00 |
| David P. Leibowitz, Trustee Expenses | $2.29 | $0.00 | $2.29 |
| Lakelaw, Attorney for Trustee Fees | $1,277.50 | $0.00 | $1,277.50 |
| Lakelaw, Attorney for Trustee Expenses | $7.48 | $0.00 | $7.48 |

Total to be paid for chapter 7 administrative expenses: $4,237.27
Remaining balance: $17,665.58

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $17,665.58 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $17,665.58 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $106,935.04 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | $40,778.48 | $0.00 | $6,736.57 |
| 2 | Chase Bank USA, N.A. | $17,506.26 | $0.00 | $2,892.02 |
| 3 | Chase Bank USA, N.A. | $48,650.30 | $0.00 | $8,036.99 |

|  | Total to be paid to timely general unsecured claims: | $17,665.58 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|

**UST-Form 101-7-NFR (5/1/2011)**

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-39913-PSH
Stephen Sleigh                                                      Chapter 7
Kathleen Sleigh
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: choward             Page 1 of 2           Date Rcvd: Jun 01, 2012
                              Form ID: pdf006           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 03, 2012.
```
db/jdb     +Stephen Sleigh,    Kathleen Sleigh,    402 Willow Road,    Winnetka, IL 60093-4132
17867335   +ADT Security Services,    PO Box 631877,    Irving, TX 75063-0030
18258716    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17867336   +Chase Mastercard,    PO Box 52108,    Phoenix, AZ 85072-2108
17867337   +Chase Visa,    PO Box 15153,    Wilmington, DE 19886-5153
17867338   +Christian Ctr for Life Enrichment,    3100 Dundee Road,    Suite 102,    Northbrook, IL 60062-2462
17867339   +Citimortgage, Inc.,    P.O Box 790012,    Saint Louis, MO 63179-0012
18009261    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
17867340   +FIA Card Services, N.A.,    PO Box 17309,    Baltimore, MD 21297-1309
17867343   +Orkin,    7855 Gross Point Road,    Suite G2,    Skokie, IL 60077-2649
17867344   +Philip E. Cook, DDS,    1515 Sheridan road,    Wilmette, IL 60091-1827
17867345   +Rocco Fiore & Sons,    PO Box 454,    Highland Park, IL 60035-0454
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17867341   +E-mail/PDF: gecsedi@recoverycorp.com Jun 02 2012 03:11:47     Green Tree,    7360 S. Kyrene Road,
             Tempe, AZ 85283-8459
17867346   +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jun 02 2012 07:24:34
             State Farm Fire and Casualty Co.,    2702 Ireland Grove Road,    Bloomington, IL 61709-0002
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17867342     Nicolas Cruzat
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 03, 2012**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1           User: choward              Page 2 of 2                  Date Rcvd: Jun 01, 2012
                               Form ID: pdf006            Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2012 at the address(es) listed below:
          David P Leibowitz    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Lester A Ottenheimer, III    on behalf of Debtor Stephen Sleigh lottenheimer@otrlaw.com,
           nfishkin@otrlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Timothy R Yueill    on behalf of Creditor  CitiMortgage, Inc. timothyy@nevellaw.com
                                                                                                     TOTAL: 4