UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 11-39913-PSH |
|---|---|---|
|  | § |  |
| STEPHEN SLEIGH | § |  |
| KATHLEEN SLEIGH | § |  |
|  | § |  |
| Debtor(s) | § |  |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $598,952.00 | Assets Exempt: | $479,368.93 |
| Total Distributions to Claimants: | $17,665.58 | Claims Discharged Without Payment: | $98,080.42 |
| Total Expenses of Administration: | $4,334.42 | | |

3) Total gross receipts of $22,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $22,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $1,445,172.58 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $4,334.42 | $4,334.42 | $4,334.42 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $115,217.84 | $106,935.04 | $106,935.04 | $17,665.58 |
| **Total Disbursements** | $1,560,390.42 | $111,269.46 | $111,269.46 | $22,000.00 |

4). This case was originally filed under chapter 7 on 09/30/2011. The case was pending for 12 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/28/2012              By:   /s/ David P. Leibowitz
                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 BMW 330Xi - 111,000 miles | 1129-000 | $2,848.00 |
| 2006 Lexus LX470 - 80,000 miles | 1129-000 | $19,152.00 |
| **TOTAL GROSS RECEIPTS** | | **$22,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citimortgage, Inc. | 4110-000 | $985,000.00 | NA | $0.00 | $0.00 |
| | Green Tree | 4110-000 | $460,172.58 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,445,172.58** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $2,950.00 | $2,950.00 | $2,950.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.29 | $2.29 | $2.29 |
| International Sureties, Ltd | 2300-000 | NA | $17.09 | $17.09 | $17.09 |
| Green Bank | 2600-000 | NA | $80.06 | $80.06 | $80.06 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,277.50 | $1,277.50 | $1,277.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $7.48 | $7.48 | $7.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$4,334.42** | **$4,334.42** | **$4,334.42** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | $40,285.32 | $40,778.48 | $40,778.48 | $6,736.57 |
| 2 | Chase Bank USA, N.A. | 7100-000 | $17,506.26 | $17,506.26 | $17,506.26 | $2,892.02 |
| 3 | Chase Bank USA, N.A. | 7100-000 | $48,615.30 | $48,650.30 | $48,650.30 | $8,036.99 |
|  | ADT Security Services | 7100-000 | $271.92 | NA | NA | $0.00 |
|  | Christian Ctr for Life Enrichment | 7100-000 | $4,433.00 | NA | NA | $0.00 |
|  | Orkin | 7100-000 | $107.00 | NA | NA | $0.00 |
|  | Philip E. Cook, DDS | 7100-000 | $762.88 | NA | NA | $0.00 |
|  | Rocco Fiore & Sons | 7100-000 | $1,933.21 | NA | NA | $0.00 |
|  | State Farm Fire and Casualty Co. | 7100-000 | $1,302.95 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $115,217.84 | $106,935.04 | $106,935.04 | $17,665.58 |

| Case No.: | 11-39913-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SLEIGH, STEPHEN AND SLEIGH, KATHLEEN | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| For the Period Ending: | 9/28/2012 | §341(a) Meeting Date: | 10/25/2011 |
| | | Claims Bar Date: | 01/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 567 Ash Street, Winnetka, IL 60093 | $600,000.00 | $0.00 | | $0.00 | FA |
| 2 | Cash on Debtors' person | $40.00 | $0.00 | | $0.00 | FA |
| 3 | Chase - Checking account | $300.00 | $0.00 | | $0.00 | FA |
| 4 | Chase - Checking Account | $80.00 | $0.00 | | $0.00 | FA |
| 5 | Fidelity - Money Market | $82.00 | $0.00 | | $0.00 | FA |
| 6 | Security deposit | $6,200.00 | $6,200.00 | | $0.00 | FA |
| 7 | Miscellaneous household goods and furnishings including tv, dvd, miscellaneous appliances, kitchen table, chairs, dining room chairs, living room furniture, 4 sets of bedroom furniture. | $2,500.00 | $0.00 | | $0.00 | FA |
| 8 | Miscellaneous wearing apparel | $150.00 | $0.00 | | $0.00 | FA |
| 9 | 2 watches, 2 wedding rings, earings and miscellaneous costume jewelry. | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | EN Trust IRA | $50,001.00 | $0.00 | | $0.00 | FA |
| 11 | EN Trust IRA | $385,572.32 | $385,572.32 | | $0.00 | FA |
| 12 | Fidelity IRA | $845.61 | $0.00 | | $0.00 | FA |
| 13 | Kathleen Sleigh Designs, LLC - Kathleen Sleigh 100% shareholder | $0.00 | $0.00 | | $0.00 | FA |
| 14 | The Peakstone Group - 30% shareholder | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Peakstone Securities - 30% shareholder | $0.00 | $0.00 | | $0.00 | FA |
| 16 | Crossroads Capital Partners; Crossroads Capital Partner, II; Leeman Brother Partnership Account 2000/201LP; Leeman Brothers Real Estate Capital Partners II, LP; Leeman Brothers Real Estate Capital Partners III, LP; Leeman Brothers Real Estate Mezanine Capital Partners, LP; Secondary Opportunities Capital Partners II, LP. Debtor has less than 1% interest in each of the above partnerships. | $0.00 | $0.00 | | $0.00 | FA |
| 17 | 2004 BMW 330Xi - 111,000 miles | $6,000.00 | $3,600.00 | | $2,848.00 | FA |
| 18 | 2006 Lexus LX470 - 80,000 miles | $25,000.00 | $19,152.00 | | $19,152.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 11-39913-PSH | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SLEIGH, STEPHEN AND SLEIGH, KATHLEEN | Date Filed (f) or Converted (c): | 09/30/2011 (f) |
| For the Period Ending: | 9/28/2012 | §341(a) Meeting Date: | 10/25/2011 |
| | | Claims Bar Date: | 01/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19 | 3 used desktop computers | $350.00 | $0.00 | | $0.00 | FA |
| 20 | 1 lawn mower, 1 snow blower, patio furniture, 1 trampoline, barbeque grill and miscellaneous tools. | $200.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$1,078,320.93     $414,524.32     $22,000.00     $0.00

**Major Activities affecting case closing:**
TFR to be completed.
Prepare TDR
Distribution made pursuant to Court orders.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/31/2013 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/31/2013 | DAVID LEIBOWITZ |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-39913-PSH | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | SLEIGH, STEPHEN AND SLEIGH, KATHLEEN | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******5571 | | Checking Acct #: | ******1301 |
| Co-Debtor Taxpayer ID #: | ******5572 | | Account Title: | |
| For Period Beginning: | 9/30/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/28/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/21/2011 | | Stephen Sleigh | Payment of equity on vehicles | * | $22,000.00 | | $22,000.00 |
| | {18} | | $19,152.00 | 1129-000 | | | $22,000.00 |
| | {17} | | $2,848.00 | 1129-000 | | | $22,000.00 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $11.45 | $21,988.55 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $35.48 | $21,953.07 |
| 02/16/2012 | 1001 | International Sureties, Ltd | Bond Payment | 2300-000 | | $17.09 | $21,935.98 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $33.13 | $21,902.85 |
| 06/26/2012 | 1002 | Lakelaw | Claim #: ; Amount Claimed: 1,277.50; Amount Allowed: 1,277.50; Distribution Dividend: 100.00; | 3110-000 | | $1,277.50 | $20,625.35 |
| 06/26/2012 | 1003 | Lakelaw | Claim #: ; Amount Claimed: 7.48; Amount Allowed: 7.48; Distribution Dividend: 100.00; | 3120-000 | | $7.48 | $20,617.87 |
| 06/26/2012 | 1004 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.29 | $20,615.58 |
| 06/26/2012 | 1005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $2,950.00 | $17,665.58 |
| 06/26/2012 | 1006 | FIA CARD SERVICES, N.A. | Claim #: 1; Amount Claimed: 40,778.48; Amount Allowed: 40,778.48; Distribution Dividend: 16.52; | 7100-000 | | $6,736.57 | $10,929.01 |
| 06/26/2012 | 1007 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 17,506.26; Amount Allowed: 17,506.26; Distribution Dividend: 16.52; | 7100-000 | | $2,892.02 | $8,036.99 |
| 06/26/2012 | 1008 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 48,650.30; Amount Allowed: 48,650.30; Distribution Dividend: 16.52; | 7100-000 | | $8,036.99 | $0.00 |
| | | | **TOTALS:** | | $22,000.00 | $22,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $22,000.00 | $22,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $22,000.00 | $22,000.00 | |

**For the period of 9/30/2011 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $22,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $22,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $22,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 12/21/2011 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $22,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $22,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $22,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 11-39913-PSH | **Trustee Name:** David Leibowitz |
| **Case Name:** | SLEIGH, STEPHEN AND SLEIGH, KATHLEEN | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | ******5571 | **Checking Acct #:** ******1301 |
| **Co-Debtor Taxpayer ID #:** | ******5572 | **Account Title:** |
| **For Period Beginning:** | 9/30/2011 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 9/28/2012 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $22,000.00 | $22,000.00 | $0.00 |

**For the period of 9/30/2011 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $22,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $22,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $22,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 09/30/2011 to 9/28/2012**

| | |
|---|---|
| Total Compensable Receipts: | $22,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $22,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $22,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |